## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

| | |
|---|---|
| JEAN REYES, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )   Case No.:  2:12-cv-02092-STA-dkv |
| v. | ) |
| | )   **JURY DEMAND** |
| JOHN S. WILDER YOUTH DEVELOPMENT | ) |
| CENTER, STATE OF TENNESSEE, | ) |
| DEPARTMENT OF CHILDREN'S SERVICES, | ) |
| | ) |
|     **Defendant.** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, Jean Reyes, by and through her undersigned counsel, and files her Notice of Voluntary Dismissal.  Ms. Reyes states that this matter has been fully resolved and, with all agreed-upon settlement terms fulfilled, may be dismissed with prejudice.

Respectfully submitted,

s/ D. Wes Sullenger_____
D. Wes Sullenger, KY BAR # 91861
       TN BPR # 021714

Sullenger Law Office, PLLC
 2320 Broadway, Suite 407
Paducah, KY  42001
Voice: (270) 443-9401
Fax:     (270) 443-3624

wes@sullengerfirm.com

*Attorneys for the Plaintiff,*
*Jean Reyes*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2012, a copy of the foregoing was filed via the Court's CM/ECF system, which will send a notice of electronic filing to:

John W. Dalton, Esq.
Office of the Attorney General
Civil Litigation and State Services Division
P.O. Box 20207
Nashville, TN  37202-0207

s/ D. Wes Sullenger