**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION**

| | | |
|---|---|---|
| **JEAN REYES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  2:12-cv-02092-STA-dkv** |
| **v.** | ) | |
| | ) | **JURY DEMAND** |
| **JOHN S. WILDER YOUTH DEVELOPMENT** | ) | |
| **CENTER, STATE OF TENNESSEE,** | ) | |
| **DEPARTMENT OF CHILDREN'S SERVICES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED ORDER OF DISMISSAL

NOW COME the Plaintiff, Jean Reyes, and the Defendant, John S. Wilder Youth Development Center, State of Tennessee, Department of Children's Services, by and through their undersigned counsel, and file this Agreed Order of Voluntary Dismissal.  The parties state that this matter has been fully resolved and, with all agreed-upon settlement terms fulfilled, may be dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| s/ D. Wes Sullenger | s/ John W. Dalton |
| D. Wes Sullenger, KY BAR # 91861<br>                    TN BPR # 021714 | John W. Dalton, TN BPR # 16653 |
| Sullenger Law Office, PLLC<br>2320 Broadway, Suite 407<br>Paducah, KY  42001<br>Voice: (270) 443-9401<br>Fax:    (270) 443-3624 | Office of the Attorney General<br>Civil Litigation and State Services<br>Division<br><br>P.O. Box 20207<br>Nashville, TN  37202-0207 |
| wes@sullengerfirm.com | |
| *Attorneys for the Plaintiff,*<br>*Jean Reyes* | *Attorneys for Defendant,*<br>*John S. Wilder Child Development*<br>*Center* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2012, a copy of the foregoing was filed via the Court's CM/ECF system, which will send a notice of electronic filing to:

John W. Dalton, Esq.
Office of the Attorney General
Civil Litigation and State Services Division
P.O. Box 20207
Nashville, TN  37202-0207


s/ D. Wes Sullenger

2