## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

JEAN REYES,

    Plaintiff                                            JUDGMENT IN A CIVIL CASE

v.

                                                       CASE NO: 12-2092-STA-dkv

JOHN S. WILDER YOUTH DEVELOPMENT
CENTER, STATE OF TENNESSEE,
DEPARTMENT OF CHILDREN'S SERVICES,

    Defendant.

DECISION BY COURT.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Agreed Order of Dismissal entered on August 7, 2012, this matter is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

August 7, 2012                                          Thomas M. Gould
Date                                                       Clerk of Court

                                                               s/ Terry Haley
                                                             (By)  Deputy Clerk